No. 96–7609. TADROS v. BROOKLYN DEVELOPMENTAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7614. SPRUILL v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 96–7638. STANDIFIRD v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 96–7645. CUONG DUY NGUYEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 96–7649. NICOLAU v. NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 96–7650. JONES v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7657. WATTS v. RAILROAD RETIREMENT BOARD. C. A. 11th Cir. Certiorari denied.

No. 96–7658. WOOTEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7659. AZUBUKO v. FIRST NATIONAL BANK OF BOSTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7663. BOUIE v. PETERSON, ARCHIVIST OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7674. HARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7695. PROPES v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 96–7697. BROWN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.